# Court of Appeals
# of the State of Georgia

ATLANTA,  October 21, 2013

*The Court of Appeals hereby passes the following order:*

## A14D0064.  RANDALL GORDON v. ARLENE T. ABRAHAMS.

Randall Gordon filed a petition against Arlene Abrahams seeking a change in child custody. The trial court entered judgment in favor of Abrahams, and Gordon filed a motion for new trial.  The trial court denied the motion, and Gordon filed this application for discretionary appeal.

Under OCGA § 5-6-34 (a) (11), "[a]ll judgments or orders in child custody cases awarding, refusing to change, or modifying child custody" are directly appealable.  A party seeking to challenge an order in a child custody case, therefore, may file a direct appeal.  See *Cohen v. Cohen*, 300 Ga. App. 7, 8 (1) (684 SE2d 94) (2009); *Taylor v. Curl*, 298 Ga. App. 45 (679 SE2d 80) (2009).  We will grant an otherwise timely discretionary application if the lower court's order is subject to direct appeal.  See OCGA § 5-6-35 (j).  Accordingly, this application is hereby GRANTED. Gordon shall have ten days from the date of this order to file a notice of appeal with the trial court.  If, however, he has already filed a notice of appeal, he need not file a second notice.  The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 10/21/2013
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *Stephen E. Castlen* _____ *, Clerk.*